IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEFON T. LANDING, : | |
| Petitioner, : | |
| v. : | No. 5:20-cv-5946 |
| : | |
| COMMONWEALTH OF : | |
| PENNSYLVANIA, *et al.*, : | |
| Respondents. : | |

**O R D E R**

**AND NOW**, this 14th day of October, 2022, after de novo review of Petitioner Stefon Landing's petition for writ of habeas corpus; upon consideration of the Report and Recommendation of Magistrate Judge Elizabeth T. Hey, Landing's objections, and Landing's motions for appointment of counsel, remand, and to test evidence; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 28, is **APPROVED** and **ADOPTED**;

2. The objections, ECF No. 30, to the Report and Recommendation are **OVERRULED**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DENIED with prejudice**;

4. There is no basis to issue a certificate of appealability;

5. Landing's motions, ECF Nos. 16, 18, and 31, are **DENIED**; and

6. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
101422